**IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE COURTHOUSE**

| | |
|---|---|
| ELISABETH REHN, | CASE NO. |
| Plaintiff, | PLAINTIFF'S COMPLAINT FOR PERSONAL INJURIES AND DAMAGES |
| v. | |
| CITY OF SEATTLE, a lawful municipal corporation in the State of Washington; RILEY CAULFIELD; YOUNGHUN KIM; SETH WAGNER; JOHN DUUS; AND JASON DRUMMOND, | JURY DEMAND |
| Defendants. | |

Comes now the Plaintiff, Elisabeth Rehn, by and through her attorney, Jay H. Krulewitch, and alleges as follows:

**I. JURISDICTION AND VENUE**

1.1   This Court has subject matter jurisdiction of Plaintiff's claims under 28 U.S.C. Section 1331 and 28 U.S.C. Section 1367.

1.2   Venue is proper in the Western District of Washington per 28 U.S.C. Section 1391(b) because a substantial part of the events complained of occurred in this District.

1.3   Ms. Rehn served the City of Seattle with a timely notice of claim for damages pursuant to RCW 4.96.020 on or about November 23, 2021.

PLAINTIFF'S COMPLAINT FOR DAMAGES-1

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

## II. PARTIES

2.1     Plaintiff Elisabeth Rehn is a married female person who, at all times material to this action, resided in the City of Seattle, in King County, Washington.

2.2     Defendant Riley Caulfield, at all times material to this cause of action, was employed as a police officer for the City of Seattle, in King County Washington, acting under color of state law, and pursuant to his authority as a police officer.  He is being sued in his official and his individual capacity.

2.3     Defendant Younghun Kim, at all times material to this cause of action, was employed as a police officer for the City of Seattle, in King County Washington, acting under color of state law, and pursuant to his authority as a police officer.  He is being sued in his official and his individual capacity.

2.4     Defendant Seth Wagner, at all times material to this cause of action, was employed as a police officer for the City of Seattle, in King County Washington, acting under color of state law, and pursuant to his authority as a police officer.  He is being sued in his official and his individual capacity.

2.5     Defendant John Duus, at all times material to this cause of action, was employed as a police officer for the City of Seattle, in King County Washington, acting under color of state law, and pursuant to his authority as a police officer.  He is being sued in his official and his individual capacity.

2.6     Defendant Jason Drummond, at all times material to this cause of action, was employed as a police officer for the City of Seattle, in King County Washington, acting under color of state law, and pursuant to his authority as a police officer.  He is being sued in his official and his individual capacity.

PLAINTIFF'S COMPLAINT FOR DAMAGES-2

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

2.7   The City of Seattle, at all times material to the cause of action, has been a legitimate municipal city government or political subdivision recognized under the laws of the State of Washington, acting under color of state law.  The City of Seattle Police Department is an agency of the City of Seattle, duly authorized to provide law enforcement services to the citizens of the City of Seattle, in the State of Washington.

### III.   FACTUAL BACKGROUND

3.1   On November 22, 2020, shortly after 1:30 p.m., at Plaintiff's apartment, located at 3016 1st Avenue, #404, in Seattle, King County, Washington, several Seattle Police Department ("SPD") officers, namely Defendants Riley Caufield, Younghun Kim, Seth Wagner, John Duus, and Jason Drummond unreasonably and unlawfully broke down Plaintiff's door, entered her apartment, and seized her person with drawn firearms.  Ms. Rehn had done nothing to justify this, and the Defendants had no reasonable grounds to believe she had.  They were rashly and recklessly responding to an incident involving a person or persons, unknown to Ms. Rehn, who lived or resided in a different apartment, in a different apartment building.  Their actions put Ms. Rehn in mortal fear that she was going to be assaulted or killed in this incident through no fault of her own. She was about to take a bath in her own apartment at the time, had disrobed in preparation for getting into her bath and barely had time to throw on a large coat to cover herself before the Defendant officers who entered her apartment shouted commands at her and trained one or more firearms on her.  Even after they knew or should have known that they had broken down the door of the wrong apartment, in the wrong building, the Defendants still continued to needlessly search her apartment while Ms. Rehn trembled in fear.

3.2   The Defendant officers did this without a warrant and without a reasonable basis for believing that the entry into Ms. Rehn's home was justified by an exception to the warrant

PLAINTIFF'S COMPLAINT FOR DAMAGES-3

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

requirement—or that the manner in which they entered and the force they used to seize Ms. Rehn's person was justified or reasonable.

3.3   As a result of this incident, Ms. Rehn suffered a variety of injuries and other damages including, but not limited to substantial mental and emotional distress, fear for her physical well-being, invasion of privacy, loss of privacy, and other related damages.

### IV.   FIRST CAUSE OF ACTION: UNCONSTITUTIONAL SEARCH OF PLAINTIFF'S HOME IN VIOLATION OF THE FOURTH AMENDMENT

4.1   Plaintiff repleads the allegations contained in paragraphs 1.1 through 3.3 of this complaint, and incorporates the same by reference as if fully set forth herein.

4.2   The acts and omissions of Defendants described above were done under color of state law, and pursuant to the policies, customs, and/or usages of the City of Seattle.

4.3   The above described actions of Defendants constitute an unreasonable entry into and search of the home of the Plaintiff Elisabeth Rehn in violation of her constitutional rights guaranteed by the Fourth Amendment to the U.S. Constitution.

4.4   Defendant City of Seattle is liable under 42 U.S.C. Section 1983 under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 98 S. Ct. 2018, 56 L. Ed. 2d 611 (1978) because the individual officers involved received inadequate training regarding how to respond to this kind of incident, i.e. a person who was undergoing severe mental distress and/or suffering from a mental health and/or threatening suicide in a large apartment building.

4.5   As a consequence, Defendants are all liable under 42. U.S.C. Section 1983 to Plaintiff Elisabeth Rehn for all damages proximately caused to her by their unconstitutional actions, including mental anguish, emotional distress, pain and suffering, and other damages as allowed by law.

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

## V. SECOND CAUSE OF ACTION: UNCONSTITUTIONAL SEIZURE OF PLAINTIFF'S PERSON IN VIOLATION OF THE FOURTH AMENDMENT

5.1 Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1.1 through 4.5.

5.2 The acts and omissions of Defendants herein were done under color of state law and the policies, customs, or usages of the City of Seattle.

5.3 Elisabeth Rehn had a federally-protected right, under the Fourth Amendment, not to have her person seized with unreasonable force against her person.

5.4 The acts and omissions of defendants herein proximately caused the deprivation of Ms. Rehn's Fourth Amendment rights by seizing her person with unreasonable force.

5.5 Defendant City of Seattle is liable under 42 U.S.C. Section 1983 under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 98 S. Ct. 2018, 56 L. Ed. 2d 611 (1978) because its policies and training regarding the use and display of firearms during the seizure of persons authorized and/or foreseeably resulted in the unconstitutional use of force against the Plaintiff.

5.6 As a consequence, Defendants are all liable under 42. U.S.C. Section 1983 to Plaintiff Elisabeth Rehn for all damages proximately caused to her by their unconstitutional actions, including mental anguish, emotional distress, pain and suffering, and other damages as allowed by law.

## VI. THIRD CAUSE NEGLIGENCE

6.1 Plaintiff hereby incorporates and realleges as if fully set forth herein each and every allegation of paragraphs 1.1 through 5.6.

PLAINTIFF'S COMPLAINT FOR DAMAGES-5

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

6.2 The Defendants had a duty to take care to make sure their actions were reasonable and necessary and legally justified before breaking down the doors of residents' homes and threatening the persons inside with guns. The City of Seattle had a duty to take care in the training and supervision of its officers to prevent unnecessary and unjustified violent intrusions into person's homes. Defendants owed that duty of care to Plaintiff Elisabeth Rehn. When they decided to enter Plaintiff's home, they owed that duty to her.

6.3 The Defendant agents of the City of Seattle breached that duty by their above described actions.

6.4 As a result, Defendant City of Seattle is liable for negligence due to the actions of the Seattle police officers under respondeat superior.

6.5 As a direct and proximate result of that breach, Plaintiff Elisabeth Rehn suffered damages including mental anguish, emotional distress, and other related damages.

## X. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Elisabeth Rehn prays for the following relief, jointly and severally, against all of the above-named defendants:

A) Full Compensatory Damages including, but not limited to, physical injuries, pain and suffering, emotional distress, loss of enjoyment of life, and other damages as allowed by law;

B) Punitive damages pursuant to 42 U.S.C. §1983, and related statutes, and where allowed under the Washington Constitution, statutes, and case law;

C) Reasonable Attorneys' Fees and expenses pursuant to 42 U.S.C. §1988, and/or Washington Statutes and/or case law;

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

D) Costs;

E) And for such other and further relief to be proven as the time of trial and as the court deems just and equitable.

Dated this 19th day of October, 2023.

Respectfully submitted,

JAY H. KRULEWITCH, ATTORNEY AT LAW

BY: s/Jay H. Krulewitch
   Jay H. Krulewitch, WSBA #17612
   Attorney for Plaintiff Elisabeth Rehn

PLAINTIFF'S COMPLAINT FOR DAMAGES-7

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794