Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELISABETH REHN,

                Plaintiff,

v.

CITY OF SEATTLE, et al.,

                Defendants.

No. 2:23-cv-01609-RAJ

ORDER SETTING AMENDED TRIAL DATE AND RELATED DATES

    This matter comes before the Court upon the parties' Agreed Stipulated Motion to Extend Trial Date and Issue an Amended Scheduling Order.  Dkt. # 21. Finding good cause, the Court GRANTS the stipulated motion and extends the trial date and remaining pretrial deadlines as follows:

| | |
|---|---|
| **JURY TRIAL DATE** | **JULY 21, 2025** |
| Length of Trial | 7 to 10 days |
| Deadline to File Amended Pleadings | January 22, 2025 |
| Expert Witness Disclosure/Reports Under FRCP 26(a)(2) Due | January 22, 2025 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) December 19, 2025 | February 18, 2025 |

| | |
|---|---|
| Deadline to Complete Discovery | March 24, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | April 22, 2025 |
| All motions *in limine* must be filed by and noted for 21 days after filing | June 23, 2025 |
| Agreed Pretrial Order due | July 7, 2025 |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | July 14, 2025 |

**These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties.  The Court will alter these dates only upon good cause shown.**  Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Counsel are directed to review Judge Jones' Chambers Procedures at http://www.wawd.uscourts.gov/judges/jones-procedures.  Counsel are expected to abide by the requirements set forth therein.  Failure to do so may result in the imposition of sanctions.

## ALTERATIONS TO FILING PROCEDURES

Counsel are required to electronically file all documents with the Court.  Pro se litigants may file either electronically or in paper form.  Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.

The following alteration to the Filing Procedures applies in all cases pending before Judge Jones:

**Mandatory Courtesy Copies for Chambers**:  Courtesy copies are only required for filings of administrative records, and for all civil documents over 50 pages.  The paper copy of the documents (binders with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing.  The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."  The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options."  This requirement does not apply to pleadings filed under seal.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement, if possible.  Counsel and the parties are further directed to cooperate in preparing the final Pretrial Order in the format required by LCR 16.1.

## SETTLEMENT

Should this case settle, counsel shall notify Victoria Ericksen as soon as possible at victoria_ericksen@wawd.uscourts.gov.  An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED:    July 30, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER SETTING AMENDED
TRIAL DATE AND RELATED DATES  –  3