Hon. Richard A. Jones

IN THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE COURTHOUSE

| | |
|---|---|
| ELISABETH REHN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SEATTLE, a lawful municipal corporation in the State of Washington; RILEY CAULFIELD; YOUNGHUN KIM; SETH WAGNER; JOHN DUUS; AND JASON DRUMMOND, <br><br> Defendants. | CASE NO. 2:23-CV-01609-RAJ <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE <br><br> March 11, 2025 <br> With Oral Argument |

## 1. ORDER OF THE COURT

COMES NOW the Plaintiff who hereby presents the Court with Plaintiff's Motion for Sanctions for Spoliation of Evidence, AND the Court having considered the pleadings filed herein.

THE COURT HEREBY ORDERS, ADJUDGES and DECREES that the Plaintiff's Motion for Sanctions for Spoliation of Evidence is HEREBY GRANTED and that the Court ORDERS that a mandatory inference instruction shall be given as a sanction for the City's spoliation which has occurred in this case.

IT IS SO ORDERED.

_____    _____
Date                      Honorable Richard A. Jones

PROPOSED ORDER GRANTING PLF'S
PLF'S MOTION FOR SPOLIATION OF EVIDENCE - 1

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

1

2  Presented by:

3  JAY H. KRULEWITCH, ATTORNEY AT LAW

   s/Jay H. Krulewitch
4  Jay H. Krulewitch, WSBA No. 17612

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21  **PROPOSED ORDER GRANTING PLF'S**                                Jay H. Krulewitch
    **PLF'S MOTION FOR SPOLIATION OF EVIDENCE - 2**                  Attorney at Law
                                                                     P.O. Box 33546
                                                                     Seattle, WA 98133
                                                                     Phone: (206) 233-0828
                                                                     Fax: (206) 628-0794

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email on this 18th day of February, 2025 to:

Alexandra Nica
Catherine E. Riedo
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200
E-mail:  Alexandra.Nica@seattle.gov
E-mail:  Catherine.Riedo@seattle.gov

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 18th day of February, 2025.

s/Jay H. Krulewitch
Jay H. Krulewitch, Attorney at Law

PROPOSED ORDER GRANTING PLF'S
PLF'S MOTION FOR SPOLIATION OF EVIDENCE - 3

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794