Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELISABETH REHN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, a lawful municipal corporation in the State of Washington; RILEY CAULFIELD; YOUNGHUN KIM; SETH WAGNER; JOHN DUUS; AND JASON DRUMMOND,<br>        Defendants. | No. 2:23-cv-01609-RAJ<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** |

  THIS MATTER having come before the undersigned judge of the above-entitled Court pursuant to Plaintiff's Motion for Sanctions for Spoliation of Evidence in the above-entitled cause, and the Court has read and considered the following:

  1. Plaintiff's Motion for Sanctions for Spoliation of Evidence;

  2. Defendant City of Seattle's Response in Opposition and supporting materials; and

  3. Plaintiff's' Reply, if any.

  Based on the foregoing, it is hereby ORDERED that Plaintiff's Motion for Sanctions for Spoliation of Evidence is DENIED.

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - 1
(2:23-cv-01609-RAJ)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this ___ day of _____, 2025.

                                         _____
                                         Hon. Richard A. Jones
                                         United States District Court Judge

Presented by:

ANN DAVISON
Seattle City Attorney

By:  */s/ Alexandra Nica*
      Alexandra Nica, WSBA #58299
      Catherine E. Riedo, WSBA #50418
      Assistant City Attorney

      E-mail: Alexandra.Nica@seattle.gov
      E-mail: Catherine.Riedo@seattle.gov

      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Phone: (206) 684-8200

      *Attorney for Defendants City of Seattle, Riley Caulfield; Younghun Kim; Seth Wagner; John Duus; and Jason Drummond*

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - 2
(2:23-cv-01609-RAJ)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200