Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELISABETH REHN, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, a lawful municipal corporation in the State of Washington; RILEY CAULFIELD; YOUNGHUN KIM; SETH WAGNER; JOHN DUUS; AND JASON DRUMMOND,<br><br>                          Defendants. | No.    2:23-cv-01609-RAJ<br><br>**NOTICE OF CIVIL INTERLOCUTORY APPEAL** |

Notice is hereby given that Defendants City of Seattle, Riley Caulfield, Younghun Kim, and Seth Wagner[1], appeal to the United States Court of Appeals for the Ninth Circuit from Order on Motion for Summary Judgement, Docket No. 56 entered in this action on July 1, 2025. Defendants appeal the denial of qualified immunity and all claims inextricably entwined.

//

//

//

---

[1] Defendants Acting Sergeant Duus and Officer Drummond were dismissed from this lawsuit. Dkt. 56, p. 9-10.

NOTICE OF CIVIL INTERLOCUTORY APPEAL - 1
(2:23-cv-01609-RAJ)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1    DATED this 30th day of July, 2025.

2                            ANN DAVISON
                             Seattle City Attorney

             By:  */s/ Catherine E. Riedo*
                    Catherine E. Riedo, WSBA #50418
                    Alexandra Nica, WSBA #58299
                    Assistant City Attorneys

                    E-mail:  Catherine.Riedo@seattle.gov
                    E-mail:  Alexandra.Nica@seattle.gov

                    Seattle City Attorney's Office
                    701 Fifth Avenue, Suite 2050
                    Seattle, WA 98104
                    Phone: (206) 684-8200

                    *Attorneys for Defendants City of Seattle, Riley Caulfield; Younghun Kim; Seth Wagner; John Duus; and Jason Drummond*

NOTICE OF CIVIL INTERLOCUTORY APPEAL - 2
(2:23-cv-01609-RAJ)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jay H. Krulewitch<br>P.O. Box 33546<br>Seattle, WA 98133<br><br>*[Attorney for Plaintiff]* | (X) CM/ECF:<br>jay@krulewitchlaw.com<br>natalie@krulewitchlaw.com |
| Mohammad "Mo" Hamoudi<br>Stritmatter Kessler Koehler Moore<br>3600 15th Avenue West, Suite 300<br>Seattle, WA 98119<br><br>*[Attorney for Plaintiff]* | (X) CM/ECF:<br>mo@stritmatter.com |

        */s/ Laura Sanabria*
        Laura Sanabria, Legal Assistant

NOTICE OF CIVIL INTERLOCUTORY APPEAL - 3
(2:23-cv-01609-RAJ)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | Western Washington

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: | 2:23-cv-01609-RAJ

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 10/19/2023

Date of judgment or order you are appealing: | July 1, 2025

Docket entry number of judgment or order you are appealing: | 56

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

City of Seattle, Riley Caulfield, Younghun Kim, and Seth Wagner

Is this a cross-appeal?  ○ Yes  ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:  State:  Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature | /s/ Catherine E. Riedo    Date | 7/30/2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                    Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

City of Seattle, Riley Caulfield, Younghun Kim, and Seth Wagner

Name(s) of counsel (if any):

Catherine E. Riedo, WSBA #50418
Alexandra Nica, WSBA #58299

Address: 701 Fifth Avenue, Suite 2050, Seattle, WA 98104

Telephone number(s): 206-684-7782

Email(s): Catherine.Riedo@seattle.gov, Alexandra.Nica@seattle.gov

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Elisabeth Rehn

Name(s) of counsel (if any):

Jay H. Krulewitch

Address: P.O. Box 33546, Seattle, WA 98133

Telephone number(s): (206) 233-0828

Email(s): jay@krulewitchlaw.com, natalie@krulewitchlaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                                 *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Elisabeth Rehn

Name(s) of counsel (if any):

Mohammad "Mo" Hamoudi

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address: 3600 15th Avenue West, Suite 300, Seattle, WA 98119

Telephone number(s): 206.448.1777

Email(s): mo@stritmatter.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**          2          New 12/01/2018